UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAN DORAN and JULIE DORAN,<br><br>Plaintiff,<br><br>vs.<br><br>WILLY SMITH; TRAVIS BURROW; KALEB LARSON; RON MARTIN; DIRK JOHNSON; RYAN BALL; CITY OF GREAT FALLS; and DOES 1-10,<br><br>Defendant. | Case No. CV-18-136-GF-SPW<br><br>JUDGMENT IN A CIVIL CASE |

Defendants City of Great Falls, Travis Burrow, Kaleb Larson, Ron Martin and Dirk Johnson offered judgment in the above entitled matter on April 22, 2019, pursuant to Rule 68(a), Fed.R.Civ.P. Plaintiff's Dan and Julie Doran served Defendants with a written Acceptance of Offer of Judgment on May 8, 2019.

Therefore based upon the terms of the Offer and Acceptance, JUDGMENT IS ENTERED AGAINST THE FOLLOWING NAMED DEFENDANTS, CITY OF GREAT FALLS, TRAVIS BURROW, KALEB LARSON, RON MARTIN AND DIRK JOHNSON, in the sum of $15,000.00 with each party to pay their own costs and attorney fees.

Dated this 17th day of June, 2019.

                TYLER P. GILMAN, CLERK

                By: <u>/s/ M. Stewart</u>
                M. Stewart, Deputy Clerk