UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAN DORAN and JULIE DORAN, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLY SMITH; RYAN BALL; and, DOES 1-10, <br><br> Defendants. | Case No. CV-18-136-GF-SPW <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS HEREBY ORDERED:

1. Defendant Ball's Motion for Summary Judgment (Doc. 41) is GRANTED.

2. All Counts in Plaintiffs Dorans' Amended Complaint (Doc. 17) against Defendant Ball are DISMISSED.

Dated this 7th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk