IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FEB 3 2020

Clerk, U S District Court
District Of Montana
Billings

| DAN DORAN and JULIE DORAN, | CV 18-136-GF-SPW |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| WILLY SMITH; and JOHN DOES 1-10, | |
| Defendants. | |

Before the Court is Defendant Willy Smith's motion for release of confidential criminal justice information. (Doc. 65). The Court notes that Smith failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that <u>other parties</u> have been contacted and state whether <u>any party</u> objects to the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. D. Mont. C.R. 7.1(c)(4). Smith must contact Plaintiffs and state whether Plaintiffs object to the motion. Accordingly,

IT IS ORDERED that Smith's motion (Doc. 65) is DENIED with leave to renew.

DATED this 3rd day of February, 2020.

_____
SUSAN P. WATTERS
United States District Judge