IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION


FILED
FEB 4 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DAN DORAN and JULIE DORAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLY SMITH; and JOHN DOES 1-10,<br><br>Defendants. | Cause No. CV-18-136-GF-SPW<br><br>ORDER GRANTING RENEWED UNOPPOSED MOTION FOR RELEASE OF CONFIDENTIAL CRIMINAL JUSTICE INFORMATION |

**THIS COURT,** having reviewed the Renewed Unopposed Motion for Release of Confidential Criminal Justice Information (Doc. 67), and for good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Cascade County Attorney's Office shall release confidential criminal justice information pertaining to the criminal investigation related to *State of Montana v. Daniel Patrick Doran,* Cause No. BDC-16-517(c) and Great Falls Police Department Case No. 16-01612 to Daniel W. Hileman at the firm Kaufman Vidal Hileman Ellingson, P.C.

Dissemination of the aforementioned materials shall be limited to use in the civil proceedings referred to in the Motion. Any further dissemination of the information outside of such civil proceedings shall be prohibited without further order of this Court.

DATED this 4th day of February, 2020.

SUSAN P. WATTERS
United District Court Judge

1