

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAN DORAN and JULIE DORAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLY SMITH and DOES 1-10,<br><br>Defendants. | CV 18-136-GF-SPW<br><br>ORDER |

Upon the Stipulation of Plaintiffs Dan and Julie Doran, and Defendant Willy Smith, for dismissal of the above matter with prejudice (Doc. 79), and good cause appearing therefore,

IT IS HEREBY ORDERED that the above matter is **DISMISSED WITH PREJUDICE,** each party to bear their own respective costs and attorneys' fees.

DATED this 6th day of April, 2020.

SUSAN P. WATTERS
United States District Judge